UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GABRIELA MAGDALENA
MENDOZA ARAIZA,

                              Plaintiff,

v.

MACY'S CORPORATE
SERVICES, INC., et al.,

                              Defendants.

Case No.: 18cv1157-LAB (RBM)

**ORDER OF DISMISSAL**

The joint motion to dismiss (Docket no. 29) is **GRANTED**. This case—including all claims and counterclaims—is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: June 6, 2019

Hon. Larry Alan Burns
Chief United States District Judge